IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 2:26-cr-147 |
| | : | |
| MALACHI WITHERSPOON | : | |

**ORDER**

AND NOW, this 1st day of September, 2026, having considered Defendant Malachi Witherspoon's Motion to Suppress (Dkt. 19), the Government's Response in Opposition (Dkt. 24), and the August 10, 2026, evidentiary hearing in this matter, it is hereby ORDERED that Defendant's Motion to Suppress is GRANTED in full.

The firearm and ammunition recovered from Defendant's person by Philadelphia Police Officers on January 20, 2026, as well as his incriminating statements, are hereby SUPPRESSED. Such evidence shall be inadmissible in the Government's case in chief at trial.

BY THE COURT:

GAIL A. WEILHEIMER, J.